IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| GLORY WEALTH SHIPPING PTE LTD., a foreign corporation<br><br>Plaintiff,<br><br>v.<br><br>WORLDLINK SHIPPING LTD., a foreign corporation<br><br>Defendant. | Civil Action No. 10-44 GMS |

NOTICE OF DISMISSAL

Glory Wealth Shipping PTE Ltd. ("Plaintiff") by and through its undersigned counsel, hereby files this Notice of Dismissal of this matter, with prejudice.

FOX ROTHSCHILD, LLP

By: _____
Sharon Oras Morgan, Esquire (#4287)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19801
(302) 622-4246
(302) 656-8920
smorgan@foxrothschild.com
Attorneys for Plaintiff
*Glory Wealth Shipping PTE Ltd.*

Date: June 17, 2010

OF COUNSEL:
James E. Power, Esquire
Warren E. Gluck, Esquire
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
Tel. (212) 513-3200
Fax (212) 385-9010
*Attorneys for Plaintiff*
*Glory Wealth Shipping PTE Ltd.*